UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-31-H

**DWAYNE RAY**                                                                   **PLAINTIFF**

**v.**

**DR. LINK OF MARION ADJUSTMENT CENTER** *et al.*           **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and on res-judicata grounds.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 13, 2009

                                                      John G. Heyburn II, Judge
                                                      United States District Court

cc:      Plaintiff, *pro se*
4412.005